UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DAVID FLYNN,
                    Plaintiff

v.                                                    Civil Action No. 1:21-cv-10256-IT

MICHAEL J. WELCH, JIM FORREST, and
STEPHEN TRAISTER,
                    Defendants

**SUPPLEMENTAL AFFIDAVIT OF BRIAN E. LEWIS, ESQ. IN SUPPORT OF
DEFENDANTS' SUMMARY JUDGMENT REPLY MEMORANDUM OF LAW**

BRIAN E. LEWIS, ESQ., on oath, depose and says as follows:

1.      I am a principal at the law firm Jackson Lewis P.C. and represent Defendants

Michael J. Welch, Jim Forrest, and Stephen Traister in this matter.

2.      This Supplemental Affidavit is submitted in support of Defendant's Reply

Memorandum of Law.

3.      On November 9, 2021, I attended the deposition of Defendant Michael J. Welch.

True and accurate copies of excepts from the transcript of the deposition of Michael J. Welch are

attached as Exhibit D.

4.      On May 17, 2021, Defendants served their Initial Disclosures.  A true and accurate

copy of the relevant portion of Defendant's Initial Disclosures is attached as Exhibit E.

5.      On September 20, 2021, I attended the deposition of Defendant Jim Forrest. True

and accurate copies of excepts from the transcript of the deposition of Jim Forrest are attached as

Exhibit F.

6.      On September 20, 2021, I attended the deposition of Defendant Stephen Traister. True and accurate copies of excepts from the transcript of the deposition of Stephen Traister are attached as Exhibit G.

Signed under the pains and penalties of perjury this 4th day of March 2022.

/s/ Brian E. Lewis
Brian E. Lewis

### CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on March 4, 2022.

/s/ Brian E. Lewis
Jackson Lewis, P.C.

4895-8933-3522, v. 1

# **<u>EXHIBIT D</u>**



# Transcript of Michael Welch

**Date:** November 9, 2021
**Case:** Flynn -v- Welch, et al.

**Planet Depos**
**Phone:** 888.433.3767
**Email:** transcripts@planetdepos.com
**www.planetdepos.com**

Transcript of Michael Welch
Conducted on November 9, 2021                    49

1      Q  Okay.  Why?

2      A  There were many aspects of the email that

3   were completely opposed to the work that we were

4   doing as a district.  And Mr. Flynn characterized

5   me in ways that were in my mind astonishing.

6      Q  Okay.  You said there were some aspects of

7   it that were completely opposed to what you were

8   doing as a district.

9        Could you elaborate on that?  What do you

10  mean by that?

11     A  We have had a district school committee

12  goal around equity, meaning everyone gets what

13  they need to succeed.  And in prior emails

14  Mr. Flynn had indicated that equity, diversity,

15  and inclusion were things he believed in.  And

16  then in this email I believe Mr. Flynn denounced

17  the concept of equity.  And he was very upset that

18  we had hired a diversity, equity, and inclusion

19  officer.  And indicated that he did not believe we

20  needed to diversify our teaching force.  And that

21  -- I think there were many instances where he

22  characterized me in what I would consider

23  derogatory terms, specifically the word canary.

24     Q  What do you think canary is or why is

Transcript of Michael Welch
Conducted on November 9, 2021                    50

1    canary a derogatory term?
2        A  Well, I didn't perceive it as a
3    compliment.  And the whole concept of a canary is
4    someone -- as a bird used in mines that would
5    often be the first signal of the presence of a
6    poisonous gas and someone that would portend
7    doom -- not someone, an animal that was used to
8    kind of be a barometer of future disaster.
9        Q  Do you recall any other characterizations
10   in the email that troubled you about yourself?
11       A  I recall him using the word weak, the
12   wrong person for the job.  The overall impression
13   that I had was Mr. Flynn was very unhappy with me
14   and my leadership and where the district was
15   headed.
16       Q  After reading the email what did you --
17   did you take any action?
18       A  Well, I spoke with the middle school
19   principal, I spoke with my school committee chair
20   and vice chair, I spoke with the principal, I
21   spoke with the athletic director.  Over the course
22   of time I had many conversations with many
23   different people about it.
24       Q  Okay.  Who did you have conversations with

Transcript of Michael Welch
Conducted on November 9, 2021                    63

```
1         And I was also having conversations with

2    the high school principal.  And he was in a

3    sequence in his life that was very difficult due

4    to some outside issues that were going on.  And

5    over time those different conversations with the

6    attorney led me to believe that we were within our

7    rights to not rehire Mr. Flynn moving forward.

8         Q  When did you make that decision?

9         A  We were also trying to get a sense of

10   whether or not the season was going to even

11   happen.  The season had already been canceled for

12   the fall.  There were discussions about whether or

13   not the season would occur during the spring, and

14   ultimately it became clear that it was going to

15   happen.  That was just before the holidays, just

16   before Christmas.  And I believe around the

17   Christmas break having some time to consider it, I

18   believed it was best to move forward not

19   reappointing Mr. Flynn.

20        Q  Okay.  Before we get to Christmas break in

21   January, did you have -- approximately how many

22   conversations did you have with Mr. Forrest in

23   October, November, and December about Mr. Flynn?

24        A  I would say three to four.
```

Transcript of Michael Welch
Conducted on November 9, 2021                    64

1      Q   Okay.  And what were those conversations
2  about?
3      A   It was about the content of the email, the
4  -- whether or not this was someone that we could
5  continue to support as an employee of the district
6  and whether or not he was the appropriate person
7  to continue leading the program.
8      Q   And what -- did Mr. Forrest express his
9  views on those topics with you during these three
10  to four conversations?
11      A   Yes, he agreed this was an outrageous move
12  by a varsity coach in the district, and he was
13  very troubled by it.
14      Q   Did he inform you why he was outraged and
15  troubled by it?
16      A   I think for the same reasons, the attacks
17  on me as the leader of the district, the attacks
18  on the direction of the district as a whole, and
19  the values that are important to us.
20      Q   What about Mr. Traister, how many
21  conversations did you have with him in November,
22  October, December about Mr. Flynn?
23      A   I'd say approximately the same, three to
24  four.

Transcript of Michael Welch
Conducted on November 9, 2021                    65

1      Q   Okay.  And what were those conversations

2   about?

3      A   Very similar, getting his perspective on

4   the sequence and really the final email that came

5   out.  It was less about what had occurred prior to

6   that and really about that, the content there is

7   really similar to Mr. Forrest.

8      Q   Okay.

9          MR. LEWIS:  It's been about another hour,

10  I think Mr. Welch might be getting a little tired.

11  What are you thinking about timing and such?

12         MR. BEKESHA:  Yeah.  Why don't I finish up

13  a few more questions about this time period and

14  then it probably is a good time to -- and then we

15  can take a break, we can take a lunch break.

16         MR. LEWIS:  That's fine.  Are you okay,

17  Mike Welch?

18         THE WITNESS:  Sure.

19         MR. BEKESHA:  Just a few more minutes to

20  close the loop on the end of 2020.

21         MR. LEWIS:  No problem.

22         MR. BEKESHA:  I think I finally have

23  realized what years we're in, so that's a plus.

24     Q   Did -- was there -- at some point did you

1      A   Yes.

2      Q   Okay.  Did you bring anything to the

3   meeting with you?

4      A   Yes.

5      Q   What did you bring to the meeting?

6      A   I brought a copy of Mr. Flynn's email, I

7   believe the one from October 22nd, the one that

8   we've been looking at.  I can't remember the

9   number of the exhibit, but I brought copies of

10   that email so that Mr. Flynn could review it and

11   to give him the opportunity to indicate whether or

12   not that was his, he did indicate that that was

13   his.  We went next to a series of copies of school

14   committee goals for the last few years that all

15   talked about equity being a main goal of the

16   school committee.

17          And I asked Mr. Flynn if he continued to

18   believe that equity is a word used by socialists

19   and he does not believe in equity, and he

20   indicated he does not.  And I think those were the

21   documents that I shared with him.

22      Q   Do you recall if Mr. Flynn said he did not

23   believe in equity in all circumstances or in some

24   circumstances?

Transcript of Michael Welch
Conducted on November 9, 2021                                    119

1        Q   Okay.   Have you spoken to any players

2    about the decision about Mr. Flynn since

3    January 20th, 2021?

4        A   No.

5        Q   Have you spoken to any former players

6    about Mr. Flynn since January 20th, 2021?

7        A   I have not spoken directly verbally with

8    former players.  I did receive a handful of emails

9    from former players, some very supportive of the

10   decision to not reappoint him, some very upset

11   with the decision to not reappoint him.

12       Q   Had Mr. Flynn not written that

13   October 22nd, 2021, email would he have been

14   reappointed as head football coach?

15           MR. LEWIS:   Objection.

16       A   Yes.

17           MR. BEKESHA:   Did you want to lodge an

18   objection there, Brian?

19           MR. LEWIS:   I did lodge an objection.

20   Thank you.

21       Q   And what was your answer to the question,

22   Mr. Welch?

23       A   Would Mr. Flynn have been reappointed as

24   the football coach for the spring 2021 season?

Transcript of Michael Welch
Conducted on November 9, 2021                    120

1    The answer would be yes.

2        Q   Okay.   I just want to make sure that was

3    clear.

4            Do you know Jessica Porter?

5        A   Yes.

6        Q   Have you spoken to Ms. Porter about

7    Mr. Flynn?

8        A   No.

9        Q   Have you spoken to Ms. Porter about issues

10   generally related to Mr. Flynn?

11       A   No.

12       Q   Are you aware that Ms. Porter publicly

13   commented about the decision not to reappoint

14   Mr. Flynn?

15       A   Yes.

16       Q   Have you spoken to Ms. Porter about her

17   public comment?

18       A   No.

19       MR. BEKESHA:   Suzie, let's pull up

20   defendant Welch's answers to interrogatories.

21       (WELCH Deposition Exhibit 11 marked for

22   identification and attached to the transcript.)

23       Q   Mr. Welch, do you recognize this document?

24       A   Yes.

Transcript of Michael Welch
Conducted on November 9, 2021                    121

1      Q   And what is this document?

2      A   It's my answers to the first set of

3   interrogatories that were issued to us as

4   defendants.

5      Q   Okay.  If we could turn to page 4,

6   interrogatory 6.  The question is, identify all

7   reasons why the decision was made not to reappoint

8   plaintiff as Dedham High School football coach for

9   the 2020-2021 season.  Your answer, the decision

10  not to reappoint plaintiff as football coach was

11  based on the statements made and positions taken

12  in the plaintiff's October 2020 emails sent to

13  members of the school committee.

14          Based on today's testimony, I just want to

15  clarify what you mean by plaintiff's October 2020

16  emails.

17          Do you mean the October 22nd email solely

18  or other emails as well?

19      A   That would be just the October 22nd email.

20  The other emails, I believe they were October 7th

21  and October 14th.  I don't believe those were sent

22  to the school committee.  And those were not

23  factors in this decision.

24      Q   Okay.  Thank you.  If we could just turn

# **EXHIBIT E**

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DAVID FLYNN,
               Plaintiff

v.                                       Civil Action No. 1:21-cv-10256-IT

MICHAEL J. WELCH, JIM FORREST, and
STEPHEN TRAISTER,
               Defendants

## DEFENDANTS' FED. R. CIV. P. 26(a)(1) INITIAL DISCLOSURES

Defendant Michael J. Welch, Jim Forrest, and Stephen Traister, by and through their undersigned counsel, hereby serve their Initial Disclosures, pursuant to Fed. R. Civ. P. 26(a)(1). The information contained herein and any documents identified, described, or produced are based only upon information presently available to Defendants and is given in a good faith effort to comply with Rule 26(a)(1).

**I.**     **Individuals Likely To Have Discoverable Information That Defendant May Use To Support Its Defenses.**

Pursuant to Federal Rule of Civil Procedure 26(a)(1)(A)(i), Defendants provide the following disclosures of individuals currently known to Defendants who are likely to have discoverable information, which Defendants may use to support its defenses in this case unless solely for impeachment:

    1.    Plaintiff

    2.    Ann Flynn

    3.    Michael Welch

            c/o Jackson Lewis, P.C.

    4.    James Forrest

c/o Jackson Lewis, P.C.

5.      Stephen Traister

        c/o Jackson Lewis, P.C.

6.      Lisa Laprade, Dedham School Committee member

        c/o Jackson Lewis, P.C.

7.      Tracey White, Dedham School Committee member

        c/o Jackson Lewis, P.C.

8.      Maryanne Briggs, Dedham School Committee member

        c/o Jackson Lewis, P.C.

9.      Steve Bilafer, Dedham School Committee member

        c/o Jackson Lewis, P.C.

10.     Kevin Bresnahan, Esq.

        Murphy, Hesse, Toomey & Lehane LLP
        Crown Colony Plaza
        300 Crown Colony Drive, Suite 410
        PO Box 9126
        Quincy, MA  02169-9126

Defendant's investigation is continuing and it reserves the right to supplement this response as provided in Rule 26.


## II.     Documents That Defendants May Use To Support Its Defenses

Pursuant to Federal Rule of Civil Procedure 26(a)(1)(A)(ii), Defendants hereby identify the following documents or categories of documents that it may use to support their defenses in this case that are within its possession, custody, or control unless the use would be solely for impeachment.  The identification of document categories herein does not waive any privilege, confidentiality or work product protection that may apply to certain documents.

# **EXHIBIT F**



# Transcript of Jim Forrest

**Date:** September 20, 2021
**Case:** Flynn -v- Welch, et al.

**Planet Depos**
**Phone:** 888.433.3767
**Email:** transcripts@planetdepos.com
**www.planetdepos.com**

```
 1                    THE WITNESS:  Yes.
 2                    BY MR. BEKESHA:
 3          Q     Had Coach Flynn not written that
 4     October 22nd email would he have been reappointed
 5     for the fall -- would he have coached the Fall 2
 6     season?
 7                    MR. LEWIS:  Objection.  You can answer.
 8                    THE WITNESS:  More than likely, yes.
 9                    BY MR. BEKESHA:
10          Q     What do you mean by -- is there -- do
11     you have any doubt in your mind that he would have
12     from your perspective been coach for the Fall 2
13     season had he not written the email?
14          A     I guess I'm having a hard time
15     separating the fact that he did write the email.
16     He clearly spent a lot of time on the email, and I
17     can't say with a hundred percent confidence that
18     he would not have -- this seems to be -- this
19     obviously was a real issue with Coach Flynn, so
20     you're asking me to look into the future.  I'm
21     looking into the future the best I can, and I
22     would say --
23          Q     Sure.  Besides the October 22nd email
24     were there any other reasons why Coach Flynn was
```

# EXHIBIT G



# Transcript of Stephen Traister

**Date:** September 13, 2021
**Case:** Flynn -v- Welch, et al.

**Planet Depos**
**Phone:** 888.433.3767
**Email:** transcripts@planetdepos.com
**www.planetdepos.com**

WORLDWIDE COURT REPORTING & LITIGATION TECHNOLOGY

1      Q   Did -- at this meeting, did Mr. Forrest

2   speak at all?

3      A   Yeah, we spoke, and it was more

4   conversationally.  I don't remember -- I don't

5   remember who went in order after that.  It was

6   more of a conversational meeting, but he -- he,

7   basically, agreed that we needed to have a meeting

8   and that this email was not good.

9      Q   Okay.  Did he -- did he express one way or

10  another if he thought Coach Flynn could -- could

11  coach the upcoming Fall II season?

12     A   We all agreed that with the contents of

13  that email and that we needed to meet and that

14  would -- like, the email was not good and that we

15  needed to meet with Coach Flynn and discuss this

16  email and discuss where we were going forward.

17     Q   During that meeting, did you make the

18  decision to not reappoint Coach Flynn for the Fall

19  II season?

20     A   We, basically, said, yeah, it's not going

21  to -- like, I guess, in my mind, and I think -- we

22  didn't discuss this but, you know, we needed to

1   meet with Dave.  You know, if Dave had said,

2   "Yeah, I made a mistake," or something, I don't

3   know, like, we didn't discuss that but that was in

4   my mind, but we needed to have a meeting and that

5   our meeting that day, we, basically, said, with

6   the contents of that email, Mr. Welch didn't think

7   he could come back, Mr. Forrest didn't think he

8   could come back, and I agreed -- with the contents

9   of that email and that we needed to have a -- a

10  meeting with Mr. Flynn.

11          I said, "Well, we need to have this quick

12  because the season starts, basically, a month from

13  now."  And then Mr. Welch said, "I'll let my

14  secretary set up a meeting time."

15      Q  Okay.  Did you think -- after your

16  meeting -- after this meeting, did you think that

17  it was possible that Coach Flynn could coach the

18  upcoming season?

19      A  From the -- from that meeting, I didn't.

20  I don't -- like, I thought we would have a meeting

21  with Dave to let Dave talk, you know, and if

22  Dave -- in my mind, if Dave was contrite or

Transcript of Stephen Traister
Conducted on September 13, 2021                69

1   whatever, there might be a chance, you know, like,

2   but going out of that meeting, I thought we were

3   going to have to make a change to the football

4   coach.

5       Q   And in your mind, why did you think you

6   needed to make a change to the football coach?

7       A   Because of the contents of that email.

8       Q   What -- what specifically about -- about

9   the contents?

10      A   Sure.  So, Mr. Welch really talked about

11  how it was not in line with what the school

12  believed in.  More on my end, it was the -- I mean

13  he didn't talk about it.  I thought the way he

14  talked about our boss was bad, and Mr. Forrest

15  agreed with that, as well.

16      Q   Okay.  Were you concerned that Coach Flynn

17  couldn't be an effective coach on the field

18  because of the content of his email?

19      A   Yeah, I was worried, you know, if this is

20  what he -- like, I just thought if he wrote that

21  about me, I would be -- I would have a problem.

22  I'm, like, his -- you know, the chain of command,

Transcript of Stephen Traister
Conducted on September 13, 2021                    79

1        Q   Did you take any notes during the meeting?

2        A   I did not.

3        Q   And who started the meeting?

4        A   Mr. Welch.

5        Q   And do you recall what he said?

6        A   Yep, he, basically, said, "Well, Dave,

7    thanks for coming in."  And then he pushed the --

8    a stack of papers, which had the email, and he

9    gave it to Dave across the table and, basically,

10   asked if he had written this email.  Dave looked

11   at it and said, "Yes."

12       Q   Okay.  What happened next?

13       A   Mr. Welch asked him a bunch of questions

14   about it, basically, "Well, who did you send it

15   to?"  He said he sent it to school committee

16   members and friends in town.

17       Q   Okay.

18       A   Mr. Welch, basically, asked, "Why would

19   you do that?  Like, why did you send it to

20   friends?"  He goes, "Oh, I wanted them to know

21   what was going on," excuse me, "with my kids and

22   what was going on at the schools."

Transcript of Stephen Traister
Conducted on September 13, 2021                    80

1      Q   Okay.  What -- what happened next?

2      A   So, they -- I didn't say a thing during

3   the meeting.  They just kept going back and forth

4   and, basically, went through the email a little

5   bit.  After they got to the why's and who they

6   sent -- who it was sent to, they disagreed on a

7   lot of things.  And Mr. Welch, then, I think --

8   either it was attached to that packet or had

9   another piece of paper that had the school's

10   mission statement, the public schools' mission

11   statement, and then he gave that and asked him

12   that -- you know, did Dave know what this was.

13   And he said, "Yep."  And he -- and Dave,

14   basically, said, "I don't agree with it."

15          And then they went back and forth, you

16   know, just asking questions -- I -- Dave didn't

17   ask questions, I don't think.  Mr. Welch just kept

18   asking questions, well, about the email and then

19   about, you know, the content of the email, about

20   equity and the contents of the school mission

21   statement.

22      Q   Do you recall specifically what about

Transcript of Stephen Traister
Conducted on September 13, 2021                    100

1    like some other ones.  It was definitely different

2    playing in the freezing cold at the beginning of

3    the year.  We went one in three.  We only got four

4    games in because of the COVID problem with another

5    school we were supposed to play, a COVID problem

6    with us, and then a rescheduling problem with

7    COVID on both ends.  It was not a --

8        Q  Is the --

9        A  -- to play games.

10       Q  Sure.  Is the -- was the new coach a

11   teacher within the school district?

12       A  He was not.

13       Q  Okay.  Were there any new policies or

14   changes implemented relating to the coach as a

15   result of what happened, the Coach Flynn

16   situation?

17       A  I -- no.

18       Q  Had Coach Flynn not written that one email

19   that I had just shown you previously, would he

20   have been the coach for the Fall II season?

21       A  If that email didn't come out and I wasn't

22   aware of anything else, I would assume, yes.