# United States Court of Appeals
## For the First Circuit

No. 22-1440

DAVID FLYNN,

Plaintiff - Appellant,

v.

JIM FORREST; STEPHEN TRAISTER; MICHAEL J. WELCH,

Defendants - Appellees.

**JUDGMENT**

Entered: September 1, 2022
Pursuant to 1st Cir. R. 27.0(d)

    Upon consideration of stipulation, it is hereby ordered that this appeal be voluntarily dismissed pursuant to Fed. R. App. P. 42(b) with each party to bear its own costs.

    Mandate to issue forthwith.

By the Court:

Maria R. Hamilton, Clerk

cc:
Michael Bekesha
Brian Eric Lewis
Austin Jones